IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. BUTTERCASE,<br><br>              Plaintiff,<br><br>vs.<br><br>ERIN ELIZABETH TANGEMAN, Bar Number 22924;<br><br>              Defendant. | **8:21CV435**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before me on my own motion. Upon cursory review, Plaintiff's Complaint (filing 1) contains allegations accusing me of conspiring and colluding with the named Defendant, Erin Tangeman, to deprive Plaintiff of his constitutional rights in the course of his federal habeas proceedings, which are also pending before me in Case No. 8:18CV131. Though I am not named as a defendant in the present case, my impartiality might reasonably be questioned because of the allegations levied against me by Plaintiff, and I am disqualifying myself pursuant to 28 U.S.C. § 455(a).[1]

      IT IS THEREFORE ORDERED that the clerk's office shall randomly assign a new judge to this case and request a reassignment order from the Chief Judge. The chief pro se staff attorney will assist the judge to whom the case is reassigned if requested to do so.

---

[1] I am also disqualifying myself in Case No. 8:18CV131 for the same reasons.

Dated this 18th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge